No. 128. MOSBACHER *v.* UNITED STATES. November 18, 1940. *Per Curiam:* The petition for writ of certiorari is granted, the judgment is reversed, and the cause is remanded to the Court of Claims for further proceedings. *Neuberger* v. *Commissioner of Internal Revenue, ante,* p. 83. *Messrs. Mark Eisner* and *Ferdinand Tannenbaum* for petitioner. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Mr. Sewall Key* for the United States.

No. —. EX PARTE ALBERT LEIGHTON. November 18, 1940. Application denied.

No. —, original. EX PARTE HENRY EARL DUNLAP; and No. —, original. EX PARTE ALFRED BAUER. November 18, 1940. The motions for leave to file petitions for writs of certiorari are denied.

No. —, original. EX PARTE DAVID H. JOHNSON. November 25, 1940. The motion for leave to file petition for writ of mandamus is denied.

No. —, original. EX PARTE DAVID L. SIMON. November 25, 1940. The motion for leave to file petition for writ of habeas corpus is denied.